IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11336
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR JONES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:01-CR-30-2
--------------------
June 4, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel for Edgar Jones has moved for leave to withdraw and
has filed a brief in accordance with Anders v. California.[1]  Our
independent review of the record, counsel's brief, and Jones' pro
se response shows that there are no nonfrivolous issues for
appeal.  To the extent that Jones argues in his response that his
counsel was ineffective for failing to (1) communicate the terms
of the plea agreement, (2) provide Jones with discovery
documents, (3) consult with Jones prior to his guilty-plea
hearing, and (4) discuss with Jones issues related to his appeal,

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

    [1] 386 U.S. 738 (1967).

the record has not been adequately developed for us to consider Jones' arguments on direct appeal.  See <u>United States v. Rivas</u>, 157 F.3d 364, 369 (5th Cir. 1998).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.